433 A.2d 543

Commonwealth v. Nix, Appellant.

Submitted June 13, 1980. Roy H. Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.